# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

IN RE:                                                    DOCKET NO. 06-CV-145A(Sc)

    CHARLES L. DAVIS                               BK 01-11678 K

         DEBTOR                               ORDER OF DISMISSAL

IT APPEARS UPON THE CERTIFICATE OF THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THAT THE APPELLANT HAS FAILED TO FILE A DESIGNATION OF RECORD AND THE STATEMENT OF ISSUES, AS REQUIRED UNDER RULE 806 OF THE RULES OF PRACTICE AND PROCEDURE IN BANKRUPTCY COURT, PRIOR TO AUGUST 1, 1983, AND AS IS REQUIRED UNDER RULE 8006 OF THE RULES OF BANKRUPTCY PROCEDURE, EFFECTIVE AUGUST 1, 1983.

IT IS HEREBY ORDERED THAT THE ABOVE ENTITLED APPEAL BE DISMISSED.

DATED: BUFFALO, NEW YORK
      MARCH 22, 2006

                                        _Richard J. Arcara_
                                       RICHARD J. ARCARA
                                       UNITED STATES DISTRICT JUDGE

2006 MAR 23 AM 11:42
U.S. DISTRICT COURT
WDNY BUFFALO
FILED