AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 06-cv-145

IN RE: BK   01-11678 K

    CHARLES L. DAVIS

        Debtor

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the appeal is dismissed for failure of the Appellant to file a designation of record and Statement of Issues as required under Rule 806 of the Rules of Practice and Procedure in Bankruptcy Court, prior to August 1, 1983, and as is required under Rule 8006 of the Rules of Bankruptcy Procedure, effective August 1, 1983.

Date: 3/27/06

        RODNEY C. EARLY, CLERK

        By: s/Deborah M. Zeeb
           Deputy Clerk